1  NICOLA T. HANNA
2  United States Attorney
3  DAVID M. HARRIS
   Assistant United States Attorney
4  Chief, Civil Division
5  CEDINA M. KIM
   Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
7  LARA A. BRADT, CSBN 289036
         Special Assistant United States Attorney
8        Social Security Administration, Region IX
9        160 Spear Street, Suite 800
         San Francisco, California 94105
10       Telephone: (415) 977-8921
11       Facsimile: (415) 744-0134
         E-mail: lara.bradt@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE BAO VU, | No. 2:20-CV-3506-MRW |
| Plaintiff, | **JUDGMENT OF VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation to Remand"), IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

1
2  Date: __12/11/2020__                    _____
3
4                                          HON. MICHAEL R. WILNER
                                           UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28