Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, CA 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff JAKE BAO VU

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE BAO VU<br><br>　　　　Plaintiff<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | CASE NO. 2:20-CV-3506-GW-MRW<br><br>[PROPOSED] ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

　　Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees and Costs, and all the files, records and proceedings in this matter, it is hereby

　　**ORDERED** that Plaintiff is awarded attorney fees and expenses in the total amount of $3,300 as authorized by 28 U.S.C. § 2412, and $400 costs of suit, as authorized by 28 § U.S.C. 1920.

Dated: 3/1/2021

HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

Order